# NORTH BROWARD HOSPITAL DISTRICT Plaintiff vs. UNITEDHEALTHCARE INSURANCE COMPANY Defendant

**Broward County Case Number:** CACE23021578
**State Reporting Number:** 062023CA021578AXXXCE
**Court Type:** Civil
**Case Type:** Contract and Indebtedness
**Incident Date:** N/A
**Filing Date:** 11/27/2023
**Court Location:** Central Courthouse
**Case Status:** Pending
**Magistrate Id / Name:** N/A
**Judge ID / Name:** Levenson, Jeffrey R.

## Party(ies)  Total: 2

| Party Type | Party Name | Address | Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **NORTH BROWARD HOSPITAL DISTRICT** | | ★ Harvey, Edward Mayo, Jr. Retained Bar ID: 94234 1300 Sawgrass Corporate PKWY STE 140 Sunrise, FL 33323-2823 **Status: Active** |
| Defendant | **UNITEDHEALTHCARE INSURANCE COMPANY** | | |

## Disposition(s)  Total: 0

| Date | Statistical Closure(s) |
|---|---|
| Date | Disposition(s) | View / Pages |

EXHIBIT A

## − Collection(s)  Total: 0

There is no Collection information available for this case.

## − Event(s) & Document(s)  Total: 7

| Date | Description | Additional Text | View / Pages |
|---|---|---|---|
| 01/05/2024 | **Summons Returned Served** | 28th day of December, 2023, 4:14 pm<br>*Party:* *Defendant* UNITEDHEALTHCARE INSURANCE COMPANY | /3 |
| 12/28/2023 | **Summons Returned Unserved** | 18th day of December, 2023 at 11:43 am<br>*Party:* *Defendant* UNITEDHEALTHCARE INSURANCE COMPANY | /3 |
| 12/27/2023 | **eSummons Issuance - Alias** | *Party:* *Defendant* UNITEDHEALTHCARE INSURANCE COMPANY | /2 |
| 12/13/2023 | **eSummons Issuance** | *Party:* *Defendant* UNITEDHEALTHCARE INSURANCE COMPANY | /2 |
| 11/27/2023 | **Per AOSC20-23 Amd12, Case is determined General** | | |
| 11/27/2023 | **Civil Cover Sheet** | Amount: $100,001.00 | /3 |
| 11/27/2023 | **Complaint (eFiled)** | FOR DAMAGES<br>*Party:* *Plaintiff* NORTH BROWARD HOSPITAL DISTRICT *Attorney* Harvey, Edward Mayo, Jr. | /2 |

## − Hearing(s)  Total: 0

There is no Disposition information available for this case.

- Related Case(s)   Total: 0

There is no related case information available for this case.

Case Number: CACE-23-021578 Division: 09
Filing # 186752403 E-Filed 11/27/2023 09:45:18 AM

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.   CASE STYLE**

IN THE CIRCUIT/COUNTY COURT OF THE <u>SEVENTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u>   COUNTY, FLORIDA

<u>NORTH BROWARD HOSPITAL DISTRICT</u>
Plaintiff

Case # _____
Judge _____

vs.
<u>UNITEDHEALTHCARE INSURANCE COMPANY</u>
Defendant

**II.   AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

**III.   TYPE OF CASE**     (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 11/27/2023 09:45:11 AM.****

I HEREBY ATTEST THAT THIS CERTIFIED DOCUMENT IS A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD WITH BROWARD COUNTY CLERK OF COURTS.
VERIFY AT: HTTPS://WWW.BROWARDCLERK.ORG/ECERTIFY

Digitally signed by The Honorable Brenda D. Forman
Date: 2024.01.25 10:47:39 -05:00
Reason: Electronic Certified Copy
Location: 201 S.E. 6th Street, Fort Lauderdale, FL 33301

Unique Code : CAA-FAA-BCABB-HFFDACHJ-IBHGAI-I Page 1 of 3



Unique Code : CAA-FAA-BCABB-HFFDACHJ-IBHGAI-I Page 2 of 3

**CIRCUIT CIVIL**

☐ Condominium
☒ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

### COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

**IV. REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V. NUMBER OF CAUSES OF ACTION:** [ ]
(Specify)

  2

**VI. IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

**VII. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

**VIII. IS JURY TRIAL DEMANDED IN COMPLAINT?**
☐ yes
☒ no

**IX. DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
☐ yes
☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Edward Mayo Harvey Jr.    Fla. Bar # 94234
    Attorney or party    (Bar # if attorney)

Edward Mayo Harvey Jr.    11/27/2023
(type or print name)    Date

- 3 -

Case Number: CACE-23-021578 Division: 09
Filing # 186752403 E-Filed 11/27/2023 09:45:18 AM

NORTH BROWARD HOSPITAL DISTRICT

        Plaintiff,

vs.

UNITEDHEALTHCARE INSURANCE COMPANY

        Defendant(s).
_____/

IN THE CIRCUIT COURT IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.

COMPLAINT FOR DAMAGES
----------------------
Attorney Bar No. 94234

COMES NOW, the Plaintiff, by and through its undersigned attorneys and sues the Defendant(s) and states as follows:

### GENERAL ALLEGATIONS

1. This is an action for damages that are within the Court's jurisdictional limits.
2. That the patient received services in this County and that payment is due from Defendant(s) in the County.
3. Defendant/Insurance Company is an insurance company authorized to do business in Florida.

### COUNT I

Plaintiff realleges paragraphs 1 through 3 above and further states that:

4. On or prior to the date of admission as indicated on Exhibit "A", Defendant/Insurance Company did issue a policy of hospitalization insurance, a copy of which is in the care, custody and control of Defendant/Insurance Company, to the insured, Patient. Exhibit "A" is not included as an attachment to the Complaint, because including same would require Plaintiff to violate Federal HIPAA rules involving patient privacy. A copy of the Complaint with Exhibit "A" will be provided to Defendant(s) when an appearance is entered in the lawsuit or a request is made upon Plaintiff for same.
5. That all premiums due and owing for the period from the date of admission up to and including the date of discharge of the hospitalization that is being sued upon herein, had been timely paid.
6. That the claim for hospitalization services rendered to the Patient from the admission date up to and including the discharge date had been timely made in the proper manner and all conditions precedent and subsequent as stated in the insurance contract have been complied with.
7. Demands have been made upon the Defendant/Insurance Company for payment of the outstanding indebtedness.
8. To date, Defendant/Insurance Company has failed and refused to make payment, therefore forcing the filing of this action.

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 11/27/2023 09:45:11 AM.****

Unique Code : CAA-FAA-BCABB-HFFDACJA-IBHGAJ-D Page 1 of 2

I HEREBY ATTEST THAT THIS CERTIFIED DOCUMENT IS A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD WITH BROWARD COUNTY CLERK OF COURTS.
VERIFY AT: HTTPS://WWW.BROWARDCLERK.ORG/ECERTIFY




Digitally signed by The Honorable Brenda D. Forman
Date: 2024.01.25 10:47:44 -05:00
Reason: Electronic Certified Copy
Location: 201 S.E. 6th Street, Fort Lauderdale, FL 33301

Unique Code : CAA-FAA-BCABB-HFFDACJA-IBHGAJ-D Page 2 of 2

WHEREFORE, Plaintiff demands judgment in its favor and against Defendant/Insurance Company in the principal sum of $ 647,359.56 together with court costs, interest, and any other relief which the court may deem just and proper.

COUNT II

Plaintiff realleges paragraphs 1 through 3 above and further states that:

9. This is an action for promissory estoppel.
10. Defendant/Insurance Company, through its authorized agent or person with apparent authority, promised, it would pay for the services and supplies rendered by Plaintiff in treating the patient.
11. Plaintiff relied to its detriment on the promise of the Defendant/Insurance Company to the hospital bills incurred by the patient's treatment at Plaintiff Hospital.
12. Plaintiff would not have accepted the admission of this patient had the Defendant not promised to pay for the medical expenses incurred.
13. Plaintiff has been damaged by Defendant's breach of its agreement to pay for the expenses incurred and Defendant is therefore estopped from refusing to pay the charges incurred as more fully set forth on Exhibit "A". Exhibit "A" is not included as an attachment to the Complaint, because including same would require Plaintiff to violate Federal HIPAA rules involving patient privacy. A copy of the Complaint with Exhibit "A" will be provided to Defendant(s) when an appearance is entered in the lawsuit or a request is made upon Plaintiff for same.

WHEREFORE, Plaintiff demands judgment against the Defendant/Insurance Company for the amount of $ 647,359.56, plus interest, court costs, and any other relief that this court may deem just and proper.

SAGE LAW OFFICES
Attorneys for Plaintiff
1300 Sawgrass Corporate Parkway
Suite 140
Sunrise, Florida 33323
(954) 835-0302
Email: Eharvey@sagelaw.com

EDWARD M. HARVEY, ESQ.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

FILE NO. 002379789
IO

Filing # 187968602 E-Filed 12/13/2023 03:04:15 PM

IN THE CIRCUIT COURT IN AND FOR
BROWARD COUNTY, FLORIDA

NORTH BROWARD HOSPITAL DISTRICT

                    PLAINTIFF(S)

CASE NO. CACE-23-021578
GENERAL JURISDICTION DIVISION

VS.

UNITEDHEALTHCARE INSURANCE
COMPANY

CACE-23-021578

                    DEFENDANT(S)
_____/

SUMMONS
PERSONAL SERVICE ON A NATURAL PERSON

TO: UNITEDHEALTHCARE INSURANCE    OR: R/A CHIEF FINANCIAL OFFICER

185 ASYLUM STREET                  200 E. GAINES ST
HARTFORD, CT 06103-0450            TALLAHASSEE, FL 32399

IMPORTANT
   A LAWSUIT HAS BEEN FILED AGAINST YOU. YOU HAVE TWENTY (20)
CALENDAR DAYS AFTER THIS SUMMONS IS SERVED ON YOU TO FILE A WRITTEN
RESPONSE TO THE ATTACHED COMPLAINT WITH THE CLERK OF THE COURT. A PHONE
CALL WILL NOT PROTECT YOU. YOUR WRITTEN RESPONSE, INCLUDING THE CASE
NUMBER GIVEN ABOVE AND THE NAMES OF THE PARTIES, MUST BE FILED IF
YOU WANT THE COURT TO HEAR YOUR SIDE OF THE CASE. IF YOU DO NOT
FILE YOUR RESPONSE ON TIME, YOU MAY LOSE THE CASE, AND YOUR WAGES,
MONEY, AND PROPERTY MAY THEREAFTER BE TAKEN WITHOUT FURTHER WARNING
FROM THE COURT. THERE ARE OTHER LEGAL REQUIREMENTS. YOU MAY WANT TO
CALL AN ATTORNEY RIGHT AWAY. IF YOU DO NOT KNOW AN ATTORNEY, YOU MAY
CALL AN ATTORNEY REFERRAL SERVICE OR A LEGAL AID OFFICE (LISTED IN THE
PHONE BOOK).

   IF YOU CHOOSE TO FILE A WRITTEN RESPONSE YOURSELF, AT THE SAME
TIME YOU FILE YOUR WRITTEN RESPONSE TO THE COURT, YOU MUST ALSO MAIL
OR TAKE A COPY OF YOUR WRITTEN RESPONSE TO THE "PLAINTIFF/PLAINTIFF'S
ATTORNEY" NAMED BELOW.

                                       SAGE LAW OFFICES
                                       1300 Sawgrass Corporate Parkway
                                       Suite 140
                                       Sunrise, Florida 33323
EDWARD M. HARVEY, ESQ.                (954) 835-0302
-----------------------------     --------------------------------------
PLAINTIFF/PLAINTIFF'S ATTORNEY     ADDRESS
                                       Email:Eharvey@sagelaw.com
                                       --------------------------------------
TO THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE: YOU ARE COMMANDED TO SERVE THIS SUMMONS
AND A COPY OF THE COMPLAINT IN THIS LAWSUIT ON THE ABOVE NAMED DEFENDANT.
DATED ON: _____ DEC 14 2023 _____.

                          BROWARD COUNTY CIRCUIT COURT
                          AS CLERK OF BROWARD COUNTY
                          BY:_____
                          AS DEPUTY CLERK

FILE NUMBER: 002379789 (CONTINUE DE L-AUTRE COTE) (CONTINUADO POR EL OTRO LADO)

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 12/15/2023 03:04:15 PM.****



I HEREBY ATTEST THAT THIS CERTIFIED DOCUMENT IS
A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD
WITH BROWARD COUNTY CLERK OF COURTS.
VERIFY AT: HTTPS://WWW.BROWARDCLERK.ORG/ECERTIFY

Digitally signed by The Honorable Brenda D. Forman
Date: 2024.01.25 10:47:48 -05:00
Reason: Electronic Certified Copy
Location: 201 S.E. 6th Street, Fort Lauderdale, FL 33301

Unique Code : CAA-FAA-BCABB-HFJICHIA-IBHGBA-E Page 1 of 2

Unique Code : CAA-FAA-BCABB-HFJICHIA-IBHGBA-E Page 2 of 2

IMPORTANTE

USTED HA SIDO DEMANDADO LEGALMENTE. TIENE 20 DIAS, CONTADOS A PARTIR DEL RECIBO DE ESTA NOTIFICACION, PARA CONTESTAR LA DEMANDA ADJUNTA, POR ESCRITO, Y PRESENTARIA ANTE ESTE TRUBUGAL. UNA LLAMADA TELEFONICA NO LO PROTEGERA. SI USTED DESEA QUE EL TRIBUNAL CONSIDERE SU DEFENSA, DEBE PRESENTAR SU RESPUESTA POR ESCRITO, INCLOYENDO EL NUMERO DEL CASO Y LOS NOMBRES DE LAS PARTES INTERESADAS. SI USTED NOCONTESTA LA DEMANDA A TIEMPO, PUDIESE PERDER EL CASO Y PODRIA SER DESPOJADO DE SUS INGRESOS Y PROPRIEDADES, A PRIVADO DE SUS DERECHOS, SIN PREVIO AVISO DEL TRIBUNAL. EXISTEN OTROS REQUISITOS LEGALES. SI LO DESEA, PUEDE USTED CONSULTAR A UN ABOGADO IMMEDIATAMENTE. SI NO CONOCE A UN ABOGADO, PUEDE LLAMAR A UNA DE LAS OFICINAS DE ASISTENCIA LEGAL QUE APARECEN EN LA GUIA TELEFONICA.

SI DESEA RESPONDER A LA DEMANDA POR SU CUENTA, AL MISMO TIEMPO EN QUE PRESENTA SU RESPUESTA ANTE EL TRIBUNAL, DEBERA USTED ENVIAR POR CORREO O ENTREGAR UNA COPIA DE SU RESPUESTA A LA PERSONA DENOMINADA ABAJO COMBO "PLAINTIFF/PLAINTIFF'S ATTORNEY" (DEMANDANTE O ABOGADO DEL DEMANDANTE).

_____     _____
DEMANDANTE O ABOGADO                    CALLE

IMPORTANT

DES POURSUITES JUDICIARES ONT ETE ENTREPRISES CONTRE VOUS. VOUS AVEZ 20 JOURS CONSECUTIFS A PARTIR DE LA DATE DE L'ASSIGNATION DE CETTE CITATION POUR DESPOSER UNE REPONSE ECRITE A LA PLAINTE CI-JOINTE AUPRES DE CE TRIBUNAL. UN SIMPLE COUP DE TELEPHONE EST INSUFFISANT POUR VOUS PROTEGER. VOUS ESTES OBLIGE DE DEPOSER VOTRE REPONSE ECRITE, AVEC MENTION DU NUMERO DE DOSSIER CI-DESSUS ET DU NOM DES PARTIES NOMINEES ICI, SI VOUS SOUHAITEZ QUE LE TRIBUNAL ENTENDE VOTRE CAUSE. SI VOUS NE DEPOSEZ PAS VOTRE REPONSE ECRITE DANS LE RELAI REQUIS, VOUS RISQUEZ DE PERDRE LA CAUSE AINSI QUE VOTRE SALAIRE, VOTRE ARGENT, ET VOS BIENS PEUVENT ENTRE SAISIS PAR LA SUITE, SANS AUCUN PREAVIS ULTERIER DU TRIBUNAL. IL Y A D'AUTRES OBLIGATIONS JURIDIQUES ET VOUS POUVEX REQUERIR LES SERVICES IMMEDIATS D'UN AVDCAT. SI VOUS NE CONNAISSEX PAS D'AVOCAT, VOUS POUVEZ TELEPHONER A UN SERVICE DE REFERENCE D'AVOCATS OU A UN BUREAU D'ASSISTANCE JURIDIQUE (FIGURANT A L'ANNUAIRE DE TELEPHONES).

SI VOUS CHOISISSEZ DE DEPOSER VOUS-MEME UNE REPONSE ECRITE, IL VOUS FAUDRA EGALEMENT, EN MEME TEMPS QUE CETTE FORMALITE, FAIRE PARVENIR OU EXPEDIER UNE COPIE DE VOTRE REPONSE ECRITE AU "PLAINTIFF/PLAINTIFF'S ATTORNEY" (PLAIGNANT OU A SON AVOCAT) NOMME CI-DESSOUS.

_____     _____
PLAIGNANT OU A SON AVOCAT               RUE

IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT OF 1990 (ADA), DISABLED PERSONS WHO, BECAUSE OF THEIR DISABILITIES, NEED SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEDDING SHOULD CONTACT THE ABOVE COURTHOUSE NO LATER THAN SEVEN BUSINESS DAYS PRIOR TO SUCH PROCEEDING.
DADE COUNTY COURTHOUSE, VOICE TELEPHONE (305) 349-7175; TEXT TELEPHONE (305) 349-7174
BROWARD COUNTY COURTHOUSE, 201 SE 6TH ST.,RM.20140,FT. LAUDERDALE, FL 33301 TELEPHONE VOICE/TDD (954) 831-7721 OR CALL 711.

FILE NUMBER: 002379789
S3

Filing # 188717854 E-Filed 12/27/2023 03:28:03 PM     CACE-23-021578

IN THE CIRCUIT COURT IN AND FOR
BROWARD COUNTY, FLORIDA

NORTH BROWARD HOSPITAL DISTRICT

                              PLAINTIFF(S)

CASE NO. CACE-23-021578
GENERAL JURISDICTION DIVISION

VS.

UNITEDHEALTHCARE INSURANCE COMPANY     ALIAS

                              DEFENDANT(S)
_____/

## SUMMONS
### PERSONAL SERVICE ON A NATURAL PERSON

TO: UNITEDHEALTHCARE INSURANCE COMPANY
185 ASYLUM STREET
HARTFORD, CT 06103-0450

OR: R/A CHIEF FINANCIAL OFFICER
200 E. GAINES ST
TALLAHASSEE, FL 32399

### IMPORTANT

A LAWSUIT HAS BEEN FILED AGAINST YOU. YOU HAVE TWENTY (20) CALENDAR DAYS AFTER THIS SUMMONS IS SERVED ON YOU TO FILE A WRITTEN RESPONSE TO THE ATTACHED COMPLAINT WITH THE CLERK OF THE COURT. A PHONE CALL WILL NOT PROTECT YOU. YOUR WRITTEN RESPONSE, INCLUDING THE CASE NUMBER GIVEN ABOVE AND THE NAMES OF THE PARTIES, MUST BE FILED IF YOU WANT THE COURT TO HEAR YOUR SIDE OF THE CASE. IF YOU DO NOT FILE YOUR RESPONSE ON TIME, YOU MAY LOSE THE CASE, AND YOUR WAGES, MONEY, AND PROPERTY MAY THEREAFTER BE TAKEN WITHOUT FURTHER WARNING FROM THE COURT. THERE ARE OTHER LEGAL REQUIREMENTS. YOU MAY WANT TO CALL AN ATTORNEY RIGHT AWAY. IF YOU DO NOT KNOW AN ATTORNEY, YOU MAY CALL AN ATTORNEY REFERRAL SERVICE OR A LEGAL AID OFFICE (LISTED IN THE PHONE BOOK).

IF YOU CHOOSE TO FILE A WRITTEN RESPONSE YOURSELF, AT THE SAME TIME YOU FILE YOUR WRITTEN RESPONSE TO THE COURT, YOU MUST ALSO MAIL OR TAKE A COPY OF YOUR WRITTEN RESPONSE TO THE "PLAINTIFF/PLAINTIFF'S ATTORNEY" NAMED BELOW.

EDWARD M. HARVEY, ESQ.
------------------------------
PLAINTIFF/PLAINTIFF'S ATTORNEY

SAGE LAW OFFICES
1300 Sawgrass Corporate Parkway
Suite 140
Sunrise, Florida 33323
(954) 835-0302
---------------------------------
ADDRESS
Email: Eharvey@sagelaw.com
---------------------------------

TO THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE: YOU ARE COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT IN THIS LAWSUIT ON THE ABOVE NAMED DEFENDANT.
DATED ON: ___ DEC 28 2023 ___.

BROWARD COUNTY CIRCUIT COURT
_____
AS CLERK OF BROWARD       CdUI
BY:_____
AS DEPUTY CLERK

BRENDA D. FORMAN

FILE NUMBER: 002379789 (CONTINUE DE L-AUTRE COTE)(CONTINUADO POR EL OTRO LADO)

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 12/28/2023 10:44:35 AM.****

I HEREBY ATTEST THAT THIS CERTIFIED DOCUMENT IS A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD WITH BROWARD COUNTY CLERK OF COURTS.
VERIFY AT: HTTPS://WWW.BROWARDCLERK.ORG/ECERTIFY

Digitally signed by The Honorable Brenda D. Forman
Date: 2024.01.25 10:47:53 -05:00
Reason: Electronic Certified Copy
Location: 201 S.E. 6th Street, Fort Lauderdale, FL 33301

Unique Code : CAA-FAA-BCABB-HGDADDBG-IBHGBB-F Page 1 of 2

IMPORTANTE

USTED HA SIDO DEMANDADO LEGALMENTE. TIENE 20 DIAS, CONTADOS A PARTIR DEL RECIBO DE ESTA NOTIFICACION, PARA CONTESTAR LA DEMANDA ADJUNTA, POR ESCRITO, Y PRESENTARIA ANTE ESTE TRUBUGAL. UNA LLAMADA TELEFONICA NO LO PROTEGERA. SI USTED DESEA QUE EL TRIBUNAL CONSIDERE SU DEFENSA, DEBE PRESENTAR SU RESPUESTA POR ESCRITO, INCLOYENDO EL NUMERO DEL CASO Y LOS NOMBRES DE LAS PARTES INTERESADAS. SI USTED NOCONTESTA LA DEMANDA A TIEMPO, PUDIESE PERDER EL CASO Y PODRIA SER DESPOJADO DE SUS INGRESOS Y PROPRIEDADES, A PRIVADO DE SUS DERECHOS, SIN PREVIO AVISO DEL TRIBUNAL. EXISTEN OTROS REQUISITOS LEGALES. SI LO DESEA, PUEDE USTED CONSULTAR A UN ABOGADO IMMEDIATAMENTE. SI NO CONOCE A UN ABOGADO, PUEDE LLAMAR A UNA DE LAS OFICINAS DE ASISTENCIA LEGAL QUE APARECEN EN LA GUIA TELEFONICA.

SI DESEA RESPONDER A LA DEMANDA POR SU CUENTA, AL MISMO TIEMPO EN QUE PRESENTA SU RESPUESTA ANTE EL TRIBUNAL, DEBERA USTED ENVIAR POR CORREO O ENTREGAR UNA COPIA DE SU RESPUESTA A LA PERSONA DENOMINADA ABAJO COMBO "PLAINTIFF/PLAINTIFF'S ATTORNEY" (DEMANDANTE O ABOGADO DEL DEMANDANTE).

_____    _____
DEMANDANTE O ABOGADO                    CALLE

IMPORTANT

DES POURSUITES JUDICIARES ONT ETE ENTREPRISES CONTRE VOUS. VOUS AVEZ 20 JOURS CONSECUTIFS A PARTIR DE LA DATE DE L'ASSIGNATION DE CETTE CITATION POUR DESPOSER UNE REPONSE ECRITE A LA PLAINTE CI-JOINTE AUPRES DE CE TRIBUNAL. UN SIMPLE COUP DE TELEPHONE EST INSUFFISANT POUR VOUS PROTEGER. VOUS ESTES OBLIGE DE DEPOSER VOTRE REPONSE ECRITE, AVEC MENTION DU NUMERO DE DOSSIER CI-DESSUS ET DU NOM DES PARTIES NOMINEES ICI, SI VOUS SOUHAITEZ QUE LE TRIBUNAL ENTENDE VOTRE CAUSE. SI VOUS NE DEPOSEZ PAS VOTRE REPONSE ECRITE DANS LE RELAI REQUIS, VOUS RISQUEZ DE PERDRE LA CAUSE AINSI QUE VOTRE SALAIRE, VOTRE ARGENT, ET VOS BIENS PEUVENT ENTRE SAISIS PAR LA SUITE, SANS AUCUN PREAVIS ULTERIER DU TRIBUNAL. IL Y A D'AUTRES OBLIGATIONS JURIDIQUES ET VOUS POUVEX REQUERIR LES SERVICES IMMEDIATS D'UN AVDCAT. SI VOUS NE CONNAISSEX PAS D'AVOCAT, VOUS POUVEZ TELEPHONER A UN SERVICE DE REFERENCE D'AVOCATS OU A UN BUREAU D'ASSISTANCE JURIDIQUE (FIGURANT A L'ANNUAIRE DE TELEPHONES).

SI VOUS CHOISISSEZ DE DEPOSER VOUS-MEME UNE REPONSE ECRITE, IL VOUS FAUDRA EGALEMENT, EN MEME TEMPS QUE CETTE FORMALITE, FAIRE PARVENIR OU EXPEDIER UNE COPIE DE VOTRE REPONSE ECRITE AU "PLAINTIFF/PLAINTIFF'S ATTORNEY" (PLAIGNANT OU A SON AVOCAT) NOMME CI-DESSOUS.

_____    _____
PLAIGNANT OU A SON AVOCAT               RUE

IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT OF 1990 (ADA), DISABLED PERSONS WHO, BECAUSE OF THEIR DISABILITIES, NEED SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT THE ABOVE COURTHOUSE NO LATER THAN SEVEN BUSINESS DAYS PRIOR TO SUCH PROCEEDING.
DADE COUNTY COURTHOUSE, VOICE TELEPHONE (305) 349-7175; TEXT TELEPHONE (305) 349-7174
BROWARD COUNTY COURTHOUSE, 201 SE 6TH ST, RM.470, FT. LAUDERDALE, FL 33301 TELEPHONE VOICE/TDD (954) 831-7721 OR CALL 711

FILE NUMBER: 002379789
S7

Filing # 188717854 E-Filed 12/28/2023 10:44:38 AM

# RETURN OF NON-SERVICE

**State of Florida**      **County of BROWARD**      **Circuit Court**

Case Number: CACE-23-021578

Plaintiff:
**NORTH BROWARD HOSPITAL DISTRICT**

vs.

Defendant:
**UNITEDHEALTHCARE INSURANCE COMPANY**

For:
SAGE LAW OFFICES
1300 Sawgrass Corporate Parkway
Suite 140
Sunrise, FL 33323

Received by P.I. Services on the 16th day of December, 2023 at 3:51 pm to be served on **UNITEDHEALTHCARE INSURANCE R/A CHIEF FINANCIAL OFFICER, 200 E. GAINES STREET, TALLAHASSEE, FL 32399.**

I, MICHAEL C. NOLAN, do hereby affirm that on the 18th day of December, 2023 at 11:43 am, I:

**NON-SERVED** the **SUMMONS & COMPLAINT (20 DAYS)** for the reason that I failed to find **UNITEDHEALTHCARE INSURANCE R/A CHIEF FINANCIAL OFFICER** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
12/18/2023 11:43 am SERVICE WAS REFUSED BECAUSE THE SUMMONS AND COMPLAINT'S CASE STYLE DO NOT MATCH.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge.NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

MICHAEL C. NOLAN
Certified Process Server, #111

P.I. Services
1430 South Dixie Highway
STE. 105, #157
Coral Gables, FL 33146
(305) 666-0142

Our Job Serial Number: PIS-2023002245
Ref: 002379789

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2t

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 12/28/2023 10:44:35 AM.****

Unique Code : CAA-FAA-BCABB-HGDADDCF-IBHGBC-E Page 1 of 3

I HEREBY ATTEST THAT THIS CERTIFIED DOCUMENT IS A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD WITH BROWARD COUNTY CLERK OF COURTS.
VERIFY AT: HTTPS://WWW.BROWARDCLERK.ORG/ECERTIFY

Digitally signed by The Honorable Brenda D. Forman
Date: 2024.01.25 10:47:58 -05:00
Reason: Electronic Certified Copy
Location: 201 S.E. 6th Street, Fort Lauderdale, FL 33301

Filing # 187968602 E-Filed 12/13/2023 03:04:15 PM

IN THE CIRCUIT COURT IN AND FOR
BROWARD COUNTY, FLORIDA

NORTH BROWARD HOSPITAL DISTRICT

CASE NO. CACE-23-021578
GENERAL JURISDICTION DIVISION

PLAINTIFF(S)

VS.

UNITEDHEALTHCARE INSURANCE
COMPANY

CACE-23-021578

DEFENDANT(S)
_____/

SUMMONS
PERSONAL SERVICE ON A NATURAL PERSON

TO: UNITEDHEALTHCARE INSURANCE       OR: R/A CHIEF FINANCIAL OFFICER

185 ASYLUM STREET                         200 E. GAINES ST
HARTFORD, CT 06103-0450                   TALLAHASSEE, FL 32399

IMPORTANT
A LAWSUIT HAS BEEN FILED AGAINST YOU. YOU HAVE TWENTY (20)
CALENDAR DAYS AFTER THIS SUMMONS IS SERVED ON YOU TO FILE A WRITTEN
RESPONSE TO THE ATTACHED COMPLAINT WITH THE CLERK OF THE COURT. A PHONE
CALL WILL NOT PROTECT YOU. YOUR WRITTEN RESPONSE, INCLUDING THE CASE
NUMBER GIVEN ABOVE AND THE NAMES OF THE PARTIES, MUST BE FILED IF
YOU WANT THE COURT TO HEAR YOUR SIDE OF THE CASE. IF YOU DO NOT
FILE YOUR RESPONSE ON TIME, YOU MAY LOSE THE CASE, AND YOUR WAGES,
MONEY, AND PROPERTY MAY THEREAFTER BE TAKEN WITHOUT FURTHER WARNING
FROM THE COURT. THERE ARE OTHER LEGAL REQUIREMENTS. YOU MAY WANT TO
CALL AN ATTORNEY RIGHT AWAY. IF YOU DO NOT KNOW AN ATTORNEY, YOU MAY
CALL AN ATTORNEY REFERRAL SERVICE OR A LEGAL AID OFFICE (LISTED IN THE
PHONE BOOK).

IF YOU CHOOSE TO FILE A WRITTEN RESPONSE YOURSELF, AT THE SAME
TIME YOU FILE YOUR WRITTEN RESPONSE TO THE COURT, YOU MUST ALSO MAIL
OR TAKE A COPY OF YOUR WRITTEN RESPONSE TO THE "PLAINTIFF/PLAINTIFF'S
ATTORNEY" NAMED BELOW.

SAGE LAW OFFICES
1300 Sawgrass Corporate Parkway
Suite 140
Sunrise, Florida 33323
(954) 835-0302

EDWARD M. HARVEY, ESQ.
-------------------------------
PLAINTIFF/PLAINTIFF'S ATTORNEY

ADDRESS
Email: Eharvey@sagelaw.com

TO THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE: YOU ARE COMMANDED TO SERVE THIS SUMMONS
AND A COPY OF THE COMPLAINT IN THIS LAWSUIT ON THE ABOVE NAMED DEFENDANT.
DATED ON: ___   DEC 14 2023   ___.

BROWARD COUNTY CIRCUIT COURT

AS CLERK OF BROWARD

BY: _____
AS DEPUTY CLERK

FILE NUMBER: 002379789 (CONTINUE DE L-AUTRE COTE) (CONTINUADO POR EL OTRO LADO)

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 12/15/2023 03:04:15 P.M. ***

Unique Code : CAA-FAA-BCABB-HGDADDCF-IBHGBC-E Page 2 of 3

IMPORTANTE

USTED HA SIDO DEMANDADO LEGALMENTE. TIENE 20 DIAS, CONTADOS A PARTIR DEL RECIBO DE ESTA NOTIFICACION, PARA CONTESTAR LA DEMANDA ADJUNTA, POR ESCRITO, Y PRESENTARIA ANTE ESTE TRUBUGAL. UNA LLAMADA TELEFONICA NO LO PROTEGERA. SI USTED DESEA QUE EL TRIBUNAL CONSIDERE SU DEFENSA, DEBE PRESENTAR SU RESPUESTA POR ESCRITO, INCLOYENDO EL NUMERO DEL CASO Y LOS NOMBRES DE LAS PARTES INTERESADAS. SI USTED NOCONTESTA LA DEMANDA A TIEMPO, PUDIESE PERDER EL CASO Y PODRIA SER DESPOJADO DE SUS INGRESOS Y PROPRIEDADES, A PRIVADO DE SUS DERECHOS, SIN PREVIO AVISO DEL TRIBUNAL. EXISTEN OTROS REQUISITOS LEGALES. SI LO DESEA, PUEDE USTED CONSULTAR A UN ABOGADO IMMEDIATAMENTE. SI NO CONOCE A UN ABOGADO, PUEDE LLAMAR A UNA DE LAS OFICINAS DE ASISTENCIA LEGAL QUE APARECEN EN LA GUIA TELEFONICA.

SI DESEA RESPONDER A LA DEMANDA POR SU CUENTA, AL MISMO TIEMPO EN QUE PRESENTA SU RESPUESTA ANTE EL TRIBUNAL, DEBERA USTED ENVIAR POR CORREO O ENTREGAR UNA COPIA DE SU RESPUESTA A LA PERSONA DENOMINADA ABAJO COMBO "PLAINTIFF/PLAINTIFF'S ATTORNEY" (DEMANDANTE O ABOGADO DEL DEMANDANTE).

_____          _____
DEMANDANTE O ABOGADO                       CALLE

IMPORTANT

DES POURSUITES JUDICIARES ONT ETE ENTREPRISES CONTRE VOUS. VOUS AVEZ 20 JOURS CONSECUTIFS A PARTIR DE LA DATE DE L'ASSIGNATION DE CETTE CITATION POUR DESPOSER UNE REPONSE ECRITE A LA PLAINTE CI-JOINTE AUPRES DE CE TRIBUNAL. UN SIMPLE COUP DE TELEPHONE EST INSUFFISANT POUR VOUS PROTEGER. VOUS ESTES OBLIGE DE DEPOSER VOTRE REPONSE ECRITE, AVEC MENTION DU NUMERO DE DOSSIER CI-DESSUS ET DU NOM DES PARTIES NOMINEES ICI, SI VOUS SOUHAITEZ QUE LE TRIBUNAL ENTENDE VOTRE CAUSE. SI VOUS NE DEPOSEZ PAS VOTRE REPONSE ECRITE DANS LE RELAI REQUIS, VOUS RISQUEZ DE PERDRE LA CAUSE AINSI QUE VOTRE SALAIRE, VOTRE ARGENT, ET VOS BIENS PEUVENT ENTRE SAISIS PAR LA SUITE, SANS AUCUN PREAVIS ULTERIER DU TRIBUNAL. IL Y A D'AUTRES OBLIGATIONS JURIDIQUES ET VOUS POUVEX REQUERIR LES SERVICES IMMEDIATS D'UN AVDCAT. SI VOUS NE CONNAISSEX PAS D'AVOCAT, VOUS POUVEZ TELEPHONER A UN SERVICE DE REFERENCE D'AVOCATS OU A UN BUREAU D'ASSISTANCE JURIDIQUE (FIGURANT A L'ANNUAIRE DE TELEPHONES).

SI VOUS CHOISISSEZ DE DEPOSER VOUS-MEME UNE REPONSE ECRITE, IL VOUS FAUDRA EGALEMENT, EN MEME TEMPS QUE CETTE FORMALITE, FAIRE PARVENIR OU EXPEDIER UNE COPIE DE VOTRE REPONSE ECRITE AU "PLAINTIFF/PLAINTIFF'S ATTORNEY" (PLAIGNANT OU A SON AVOCAT) NOMME CI-DESSOUS.

_____          _____
PLAIGNANT OU A SON AVOCAT                  RUE

IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT OF 1990 (ADA), DISABLED PERSONS WHO, BECAUSE OF THEIR DISABILITIES, NEED SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEDDING SHOULD CONTACT THE ABOVE COURTHOUSE NO LATER THAN SEVEN BUSINESS DAYS PRIOR TO SUCH PROCEEDING.
DADE COUNTY COURTHOUSE, VOICE TELEPHONE (305) 349-7175; TEXT TELEPHONE (305) 349-7174
BROWARD COUNTY COURTHOUSE, 201 SE 6TH ST.,RM.20140,FT. LAUDERDALE, FL 33301 TELEPHONE VOICE/TDD (954) 831-7721 OR CALL 711.

FILE NUMBER: 002379789
S3

Filing # 189192843 E-Filed 01/05/2024 02:25:34 PM

Unique Code : CAA-FAA-BCABB-HGEFICIE-IBHGBD-E Page 1 of 3

# RETURN OF SERVICE

**State of Florida**      **County of BROWARD**      **Circuit Court**

Case Number: CACE-23-021578

Plaintiff:
**NORTH BROWARD HOSPITAL DISTRICT**

vs.

Defendant:
**UNITEDHEALTHCARE INSURANCE COMPANY**

For:
SAGE LAW OFFICES
1300 Sawgrass Corporate Parkway
Suite 140
Sunrise, FL 33323

Received by P.I. Services on the 28th day of December, 2023 at 4:02 pm to be served on **UNITEDHEALTHCARE INSURANCE COMPANY R/A CHIEF FINANCIAL OFFICER, 200 E. GAINES STREET, TALLAHASSEE, FL 32399.**

I, DEBORAH BROWN, do hereby affirm that on the 28th day of December, 2023 at 4:14 pm, I:

**ELECTRONICALLY SERVED VIA LSOP ONLINE PORTAL:** served by electronically submitting a true copy of the Alias Summons and Complaint (20 days), CFO E-CHECK FOR $15.00 with the date and hour of service endorsed thereon by me, to: HARRY HALLEY as MANAGEMENT REVIEW SPECIALIST for the Registered Agent of UNITEDHEALTHCARE INSURANCE COMPANY R/A CHIEF FINANCIAL OFFICER at the address of: **200 E. GAINES STREET, TALLAHASSEE, FL 32399**, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 45+, Sex: M, Race/Skin Color: WHITE, Height: 6'0", Weight: 180, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

DEBORAH BROWN
Certified Process Server, #278

P.I. Services
1430 South Dixie Highway
STE. 105, #157
Coral Gables, FL 33146
(305) 666-0142

Our Job Serial Number: PIS-2023002302
Ref: 002379789

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2t

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 01/05/2024 02:24:19 PM.****

I HEREBY ATTEST THAT THIS CERTIFIED DOCUMENT IS A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD WITH BROWARD COUNTY CLERK OF COURTS.
VERIFY AT: HTTPS://WWW.BROWARDCLERK.ORG/ECERTIFY

Digitally signed by The Honorable Brenda D. Forman
Date: 2024.01.25 10:48:02 -05:00
Reason: Electronic Certified Copy
Location: 201 S.E. 6th Street, Fort Lauderdale, FL 33301

Filing # 188717854 E-Filed 12/27/2023 03:28:03 PM

CACE-23-021578

IN THE CIRCUIT COURT IN AND FOR
BROWARD COUNTY, FLORIDA

NORTH BROWARD HOSPITAL DISTRICT

CASE NO. CACE-23-021578
GENERAL JURISDICTION DIVISION

PLAINTIFF(S)

VS.

UNITEDHEALTHCARE INSURANCE
COMPANY

ALIAS

DEFENDANT(S)
_____/

SUMMONS
PERSONAL SERVICE ON A NATURAL PERSON

TO: UNITEDHEALTHCARE INSURANCE
COMPANY
185 ASYLUM STREET
HARTFORD, CT 06103-0450

OR: R/A CHIEF FINANCIAL OFFICER

200 E. GAINES ST
TALLAHASSEE, FL 32399

IMPORTANT

A LAWSUIT HAS BEEN FILED AGAINST YOU. YOU HAVE TWENTY (20) CALENDAR DAYS AFTER THIS SUMMONS IS SERVED ON YOU TO FILE A WRITTEN RESPONSE TO THE ATTACHED COMPLAINT WITH THE CLERK OF THE COURT. A PHONE CALL WILL NOT PROTECT YOU. YOUR WRITTEN RESPONSE, INCLUDING THE CASE NUMBER GIVEN ABOVE AND THE NAMES OF THE PARTIES, MUST BE FILED IF YOU WANT THE COURT TO HEAR YOUR SIDE OF THE CASE. IF YOU DO NOT FILE YOUR RESPONSE ON TIME, YOU MAY LOSE THE CASE, AND YOUR WAGES, MONEY, AND PROPERTY MAY THEREAFTER BE TAKEN WITHOUT FURTHER WARNING FROM THE COURT. THERE ARE OTHER LEGAL REQUIREMENTS. YOU MAY WANT TO CALL AN ATTORNEY RIGHT AWAY. IF YOU DO NOT KNOW AN ATTORNEY, YOU MAY CALL AN ATTORNEY REFERRAL SERVICE OR A LEGAL AID OFFICE (LISTED IN THE PHONE BOOK).

IF YOU CHOOSE TO FILE A WRITTEN RESPONSE YOURSELF, AT THE SAME TIME YOU FILE YOUR WRITTEN RESPONSE TO THE COURT, YOU MUST ALSO MAIL OR TAKE A COPY OF YOUR WRITTEN RESPONSE TO THE "PLAINTIFF/PLAINTIFF'S ATTORNEY" NAMED BELOW.

SAGE LAW OFFICES
1300 Sawgrass Corporate Parkway
Suite 140
Sunrise, Florida 33323
(954) 835-0302

EDWARD M. HARVEY, ESQ.
---------------------------------
PLAINTIFF/PLAINTIFF'S ATTORNEY

ADDRESS
Email: Eharvey@sagelaw.com

TO THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE: YOU ARE COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT IN THIS LAWSUIT ON THE ABOVE NAMED DEFENDANT.
DATED ON: _____ DEC 28 2023

BROWARD COUNTY CIRCUIT COURT

AS CLERK OF BROWARD

BY: _____
AS DEPUTY CLERK

BRENDA D. FORMAN

FILE NUMBER: 002379789 (CONTINUE DE L-AUTRE COTE) (CONTINUADO POR EL OTRO LADO)

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 12/28/2023 10:44:35 AM.****

IMPORTANTE

USTED HA SIDO DEMANDADO LEGALMENTE. TIENE 20 DIAS, CONTADOS A PARTIR DEL RECIBO DE ESTA NOTIFICACION, PARA CONTESTAR LA DEMANDA ADJUNTA, POR ESCRITO, Y PRESENTARIA ANTE ESTE TRUBUGAL. UNA LLAMADA TELEFONICA NO LO PROTEGERA. SI USTED DESEA QUE EL TRIBUNAL CONSIDERE SU DEFENSA, DEBE PRESENTAR SU RESPUESTA POR ESCRITO, INCLOYENDO EL NUMERO DEL CASO Y LOS NOMBRES DE LAS PARTES INTERESADAS. SI USTED NOCONTESTA LA DEMANDA A TIEMPO, PUDIESE PERDER EL CASO Y PODRIA SER DESPOJADO DE SUS INGRESOS Y PROPRIEDADES, A PRIVADO DE SUS DERECHOS, SIN PREVIO AVISO DEL TRIBUNAL. EXISTEN OTROS REQUISITOS LEGALES. SI LO DESEA, PUEDE USTED CONSULTAR A UN ABOGADO IMMEDIATAMENTE. SI NO CONOCE A UN ABOGADO, PUEDE LLAMAR A UNA DE LAS OFICINAS DE ASISTENCIA LEGAL QUE APARECEN EN LA GUIA TELEFONICA.

SI DESEA RESPONDER A LA DEMANDA POR SU CUENTA, AL MISMO TIEMPO EN QUE PRESENTA SU RESPUESTA ANTE EL TRIBUNAL, DEBERA USTED ENVIAR POR CORREO O ENTREGAR UNA COPIA DE SU RESPUESTA A LA PERSONA DENOMINADA ABAJO COMBO "PLAINTIFF/PLAINTIFF'S ATTORNEY" (DEMANDANTE O ABOGADO DEL DEMANDANTE).

DEMANDANTE O ABOGADO                    CALLE

IMPORTANT

DES POURSUITES JUDICIARES ONT ETE ENTREPRISES CONTRE VOUS. VOUS AVEZ 20 JOURS CONSECUTIFS A PARTIR DE LA DATE DE L'ASSIGNATION DE CETTE CITATION POUR DESPOSER UNE REPONSE ECRITE A LA PLAINTE CI-JOINTE AUPRES DE CE TRIBUNAL. UN SIMPLE COUP DE TELEPHONE EST INSUFFISANT POUR VOUS PROTEGER. VOUS ESTES OBLIGE DE DEPOSER VOTRE REPONSE ECRITE, AVEC MENTION DU NUMERO DE DOSSIER CI-DESSUS ET DU NOM DES PARTIES NOMINEES ICI, SI VOUS SOUHAITEZ QUE LE TRIBUNAL ENTENDE VOTRE CAUSE. SI VOUS NE DEPOSEZ PAS VOTRE REPONSE ECRITE DANS LE RELAI REQUIS, VOUS RISQUEZ DE PERDRE LA CAUSE AINSI QUE VOTRE SALAIRE, VOTRE ARGENT, ET VOS BIENS PEUVENT ENTRE SAISIS PAR LA SUITE, SANS AUCUN PREAVIS ULTERIER DU TRIBUNAL. IL Y A D'AUTRES OBLIGATIONS JURIDIQUES ET VOUS POUVEX REQUERIR LES SERVICES IMMEDIATS D'UN AVDCAT. SI VOUS NE CONNAISSEX PAS D'AVOCAT, VOUS POUVEZ TELEPHONER A UN SERVICE DE REFERENCE D'AVOCATS OU A UN BUREAU D'ASSISTANCE JURIDIQUE (FIGURANT A L'ANNUAIRE DE TELEPHONES).

SI VOUS CHOISISSEZ DE DEPOSER VOUS-MEME UNE REPONSE ECRITE, IL VOUS FAUDRA EGALEMENT, EN MEME TEMPS QUE CETTE FORMALITE, FAIRE PARVENIR OU EXPEDIER UNE COPIE DE VOTRE REPONSE ECRITE AU "PLAINTIFF/PLAINTIFF'S ATTORNEY" (PLAIGNANT OU A SON AVOCAT) NOMME CI-DESSOUS.

PLAIGNANT OU A SON AVOCAT                    RUE

IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT OF 1990 (ADA), DISABLED PERSONS WHO, BECAUSE OF THEIR DISABILITIES, NEED SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT THE ABOVE COURTHOUSE NO LATER THAN SEVEN BUSINESS DAYS PRIOR TO SUCH PROCEEDING.
DADE COUNTY COURTHOUSE, VOICE TELEPHONE (305) 349-7175; TEXT TELEPHONE (305) 349-7174
BROWARD COUNTY COURTHOUSE, 201 SE 6TH ST, RM.470, FT. LAUDERDALE, FL 33301 TELEPHONE VOICE/TDD (954) 831-7721 OR CALL 711

FILE NUMBER: 002379789
S7

**IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

**NORTH BROWARD HOSPITAL DISTRICT,**

     **Plaintiff,**

v.                                                    **Case No.: CACE-23-021578**

**UNITEDHEALTHCARE INSURANCE COMPANY,**

     **Defendant.**

_____/

### DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL

TO:    Brenda D. Forman
          Broward County Clerk of Courts
          201 SE 6th Street
          Fort Lauderdale, Florida 33301

PLEASE TAKE NOTICE that, on January 26, 2024, the Defendant, UnitedHealthcare Insurance Company, filed a Notice of Removal of this action to the United States District Court for the Southern District of Florida. A true and correct copy of the Notice of Removal is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that the filing of the Notice of Removal in the United States District Court for the Southern District of Florida and the filing of this Notice effect the removal of this action, and pursuant to 28 U.S.C. § 1446(d), the above-captioned action shall proceed no further unless and until the case is remanded.

                                    PHELPS DUNBAR LLP

                                    */s/ J. Breanne S. Zarzour*
                                    J. Breanne S. Zarzour, Esq. / FBN: 0106813
                                    brie.zarzour@phelps.com
                                    101 Dauphin Street, Suite 1000
                                    Mobile, Alabama 36602
                                    P: (251) 432-4481 / F: (251) 433-1820



PD.44274499.1

                                                **Attorneys for Defendant, UnitedHealthcare Insurance Company**

### CERTIFICATE OF SERVICE

      I hereby certify that I have on January 26, 2024, filed the foregoing with the Clerk of Court by using the CM/ECF system, which will electronically serve counsel listed below:

Edward M. Harvey, Esq.
SAGE LAW OFFICES
1300 Sawgrass Corporate Parkway
Suite 140
Sunrise, Florida 33323
eharvey@sagelaw.com

                                                */s/ J. Breanne S. Zarzour*
                                                J. Breanne S. Zarzour, Esq. / FBN: 0106813